UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF PARRISH DENELL DUREN, JR., *et al.*,<br>Plaintiffs,<br>v.<br>BRIAN CATES,<br>Defendant. | Case No. 1:26-cv-05576-JLT-CDB<br><br>ORDER ON STIPULATION EXTENDING TIME FOR DEFENDANT TO FILE A RESPONSE TO PLAINTIFFS' COMPLAINT<br><br>(Doc. 6) |

Plaintiffs The Estate of Parrish Denell Duren, Jr. ("Estate"), by and through Linda Gregory and Parrish Denell Duren, Sr. as successors-in-interest to Parrish Denell Duren, Jr. ("Plaintiffs"), initiated this action with the filing of a complaint against Defendant Brian Cates, Warden of the California Correctional Institution ("Defendant") on July 17, 2026. (Doc. 1).

Pending before the Court is the parties' stipulated request for an extension of time for Defendant to respond to the complaint by 30 days from August 13, 2026, to September 14, 2026, filed on August 12, 2026. (Doc. 6). The parties represent that counsel for Defendant was recently assigned to this matter and needs time to meet and confer with counsel for Plaintiffs and to prepare a responsive pleading. *Id.* at 1-2.

Accordingly, given the parties' representations and good cause appearing, IT IS HEREBY ORDERED that Defendant SHALL FILE no later than **September 14, 2026**, a response to Plaintiffs' complaint (Doc. 1).

IT IS SO ORDERED.

Dated: **August 13, 2026**

UNITED STATES MAGISTRATE JUDGE