Bryan J. Harrison, Esq. (SBN 277312)
*Bryan@h-klaw.com*
Edi P. Kristopher, Esq. (SBN 284833)
*Edi@h-klaw.com*
**HARRISON | KRISTOPHER, LLP**
301 E Colorado Blvd Ste 323
Pasadena, California 91101-1976
Tel: (866) 529-6155; Fax: (866) 565-6206

Hossein Khatami, Esq. (SBN 278350)
*Hoss@hosslaw.com*
**HOSS LAW, APC**
4190 Douglas Blvd Ste 400
Granite Bay CA 95746-5918
Tel: (916) 788-4445; Fax (916) 788-4447

Attorneys for Plaintiffs, THE ESTATE OF PARRISH DENELL DUREN, JR., LINDA GREGORY, and PARRISH DENELL DUREN, SR.

Rob Bonta (SBN 202668)
**ATTORNEY GENERAL OF CALIFORNIA**
Kyle A. Lewis (SBN 201041)
**SUPERVISING DPTY ATTORNEY GENERAL**
Juliet Lompa (SBN 140980)
**DEPUTY ATTORNEY GENERAL**
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Tel: (415) 510-3365; Fax: (415) 703-5843
*Juliet.Lompa@doj.ca.gov*

Attorneys for Defendant, BRIAN CATES

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA,**

**FRESNO DIVISION**

THE ESTATE OF PARRISH DENELL DUREN, JR., by and through LINDA GREGORY and PARRISH DENELL DUREN, SR., Successors-in-Interest to PARRISH DENELL DUREN, JR.; LINDA GREGORY, as an individual; and PARRISH DENELL DUREN, SR., as an individual,

Plaintiffs,

v.

BRIAN CATES, Warden of the California Correctional Institution; and DOES 1 through 30, inclusive,

Defendants.

Case No.: 1:26-cv-05576-JLT-CDB

**STIPULATION AND ~~[PROPOSED]~~ ORDER PERMITTING PLAINTIFFS TO FILE A FIRST AMENDED COMPLAINT AND VACATING DEFENDANT'S RESPONSIVE PLEADING DEADLINE**

**ORDER CONTINUING SCHEDULING CONFERENCE TO NOVEMBER 19, 2026, AT 9:30 AM**

**(Doc. 2)**

Judge: The Hon. Christopher D. Baker
Trial: Not Set

Complaint filed July 17, 2026

**TO THE CLERK OF THE COURT, ALL PARTIES, AND TO THEIR ATTORNEYS OF RECORD HEREIN:**

**PLEASE TAKE NOTICE** that Plaintiffs The Estate of Parrish Denell Duren, Jr., by and through Linda Gregory and Parrish Denell Duren, Sr., Successors-in-Interest to Parrish Denell Duren, Jr.; Linda Gregory, as an individual; and Parrish Denell Duren, Sr., as an individual (collectively, "Plaintiffs"), by and through their attorneys of record, and Defendant B. Cates ("Defendant"), by and through his attorneys of record, hereby submit this Stipulation permitting Plaintiffs to file a First Amended Complaint and vacating Defendant's current deadline to respond to the original Complaint.

**RECITALS**

A. Plaintiffs filed their Complaint (ECF No. 1) on July 17, 2026. Defendant Brian Cates was served with the Summons and Complaint on July 23, 2026, rendering his responsive pleading due August 13, 2026;

B. On August 12, 2026, the parties filed a Stipulation to Extend Responsive Pleading Deadline (ECF No. 6), extending Defendant's responsive pleading deadline by thirty (30) days, to September 14, 2026. The Court approved that stipulation by Order entered August 13, 2026 (ECF No. 8);

C. Plaintiffs intend to file a First Amended Complaint, and Defendant consents in writing to the filing of a First Amended Complaint pursuant to Federal Rule of Civil Procedure 15(a)(2);

D. Because the First Amended Complaint will supersede the original Complaint, the parties agree that Defendant's current September 14, 2026, deadline to respond to the original Complaint should be vacated, and that Defendant's responsive pleading obligation should instead run to the First Amended Complaint; and,

E. This Stipulation is not sought for purposes of delay, and no trial date, scheduling order, or other Court-imposed deadline will be affected by the relief requested.

F. The Court set the Initial Scheduling Conference (ECR No. 2) for October 19, 2026, at 09:00 a.m., in Bakersfield before Magistrate Judge Christopher D. Baker,

which date falls before Defendant will have filed his responsive pleading to Plaintiffs' First Amended Complaint. The parties make the further request that the Initial Scheduling Conference be continued to December 30, 2026, or to a date convenient to the court's calendar.

## STIPULATION

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties, through their respective counsel of record, as follows:

1. Pursuant to Federal Rules of Civil Procedure, rule 15(a)(2), Defendant consents-to the filing of Plaintiffs' First Amended Complaint, and Plaintiffs shall file and serve their First Amended Complaint on or before **September 30, 2026**;

2. Defendant's current deadline to answer or otherwise respond to the original Complaint, presently September 14, 2026 (ECF No. 8), is VACATED, and Defendant shall have no obligation to answer or otherwise respond to the original Complaint (ECF No. 1);

3. Defendant shall answer or otherwise respond to the First Amended Complaint on or before **October 30, 2026**;

4. The Initial Scheduling Conference set for October 19, 2026, shall be CONTINUED to December 30, 2026, or to a date convenient to the court's calendar; and,

5. Nothing in this Stipulation constitutes an admission by any party as to the sufficiency or insufficiency of any pleading, nor a waiver of any claim, defense, objection, or argument, including without limitation any defense available to Defendant under Federal Rules of Civil Procedure, rule 12, all of which are expressly reserved.

///

///

///

///

///

///

///

IT IS SO STIPULATED.

**HARRISON | KRISTOPHER, LLP**

Dated: August 27, 2026

/s/ *Bryan J. Harrison*
Bryan J. Harrison, Esq.
Attorneys for Plaintiffs,

Rob Bonta, Esq.
ATTORNEY GENERAL OF CALIFORNIA
Kyle A. Lewis, Esq.
SUPERVISING DEPUTY ATTORNEY GENERAL

Dated: August 27, 2026

/s/ *Juliet Lompa*
Juliet Lompa, Esq.
DEPUTY ATTORNEY GENERAL
Attorneys for Defendant Brian Cates

## ATTESTATION

I, Bryan J. Harrison, am the ECF user whose user identification and password are being used to file this document. I hereby attest, pursuant to Local Rule 131(e), that all signatories to this document have concurred in this filing.

**HARRISON | KRISTOPHER, LLP**

Dated: August 27, 2026

/s/ *Bryan J. Harrison*
Bryan J. Harrison, Esq.

**~~[PROPOSED]~~ ORDER**

The Court, having reviewed the foregoing Stipulation of the parties, and good cause appearing therefor, hereby ORDERS as follows:

1. Plaintiffs are granted leave to file a First Amended Complaint. Plaintiffs shall file and serve their First Amended Complaint on or before **September 30, 2026**.

2. Defendant's current deadline to answer or otherwise respond to the original Complaint (ECF No. 1), presently September 14, 2026, is hereby **VACATED**. Defendant shall have no obligation to answer or otherwise respond to the original Complaint.

3. Defendant shall answer or otherwise respond to Plaintiffs' First Amended Complaint on or before **October 30, 2026**.

1. The Initial Scheduling Conference currently set for October 19, 2026, is hereby **CONTINUED** to **November 19, 2026**, at **9:30 a.m**., before Magistrate Judge Christopher D. Baker.

IT IS SO ORDERED.

Dated: **August 28, 2026**

UNITED STATES MAGISTRATE JUDGE