UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF PARRISH DENELL DUREN, JR., *et al.*,<br>Plaintiffs,<br>v.<br>BRIAN CATES,<br>Defendant. | Case No. 1:26-cv-05576-JLT-CDB<br>ORDER ON STIPULATION EXTENDING *NUNC PRO TUNC* TIME FOR PLAINTIFFS TO FILE A FIRST AMENDED COMPLAINT<br>(Doc. 11)<br>ORDER CONTINUING NOVEMBER 19, 2026, SCHEDULING CONFERENCE<br>(Docs. 2, 10) |

Plaintiffs The Estate of Parrish Denell Duren, Jr. ("Estate"), by and through Linda Gregory and Parrish Denell Duren, Sr. as successors-in-interest to Parrish Denell Duren, Jr. ("Plaintiffs"), initiated this action with the filing of a complaint against Defendant Brian Cates, Warden of the California Correctional Institution ("Defendant") on July 17, 2026. (Doc. 1). On August 28, 2026, the Court granted the parties' stipulated request for Plaintiffs to file a first amended complaint ("FAC") by September 30, 2026, Defendant's response thereto by October 30, 2026, and to continue the scheduling conference to November 19, 2026. (Doc. 10).

Pending before the Court is the parties' stipulated request, filed on September 30, 2026—the deadline for Plaintiffs to file the FAC—for an extension of time for Plaintiffs to file the FAC by October 14, 2026, and for Defendant's response thereto by November 13, 2026. (Doc. 11). The parties represent good cause exists for the requested extension because counsel for Plaintiffs requires additional time to finalize the FAC, including obtaining declarations required by California Code of Civil Procedure section 377.32. *Id.* at 3.

Requests for extensions of time in the Eastern District of California are governed by Local

Rule 144, which provides: "Counsel shall seek to obtain a necessary extension from the Court or from other counsel or parties in an action as soon as the need for an extension becomes apparent." L.R. 144(d). That rule further provides, "Requests for Court-approved extensions brought on the required filing date for the pleading or other document are looked upon with disfavor." *Id.* (emphasis added).

While the Court finds good cause to grant the parties' stipulated request based on the representations that counsel for Plaintiffs needs additional time to obtain declarations required by section 377.32 to finalize the FAC, here, it should have become apparent to Plaintiffs that they required an extension of time to file the FAC before the September 30, 2026, deadline. Counsel for Plaintiffs is admonished to refamiliarize themselves with this Court's Local Rules and comply with them in all future filings and proceedings.

**Conclusion and Order**

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiffs SHALL FILE the first amended complaint no later than **October 14, 2026**;
2. Defendant SHALL FILE a response to the first amended complaint no later than **November 13, 2026**; and
3. The scheduling conference set for November 19, 2026 (Docs. 2, 10) is CONTINUED to **December 9, 2026, at 9:30 AM**.

IT IS SO ORDERED.

Dated: **October 1, 2026**

UNITED STATES MAGISTRATE JUDGE